UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMRAJ SINGH,

    Plaintiff,

  v.

DISCOVER BANK, et al.,

    Defendants.

Case No.  14-cv-05496-JCS

**ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF IN FORMA PAUPERIS APPLICATION**

The Court is in receipt of Plaintiff's Application to Proceed In Forma Pauperis.  The Court is unable to rule on the application until Plaintiff provides more complete information regarding his financial status.  In particular, Plaintiff states in response to Question 2 that he is self-employed and drives his own car as a taxi.  He has not, however, stated the amount of money has earned in the past 12 months from this source. The Court requests that Plaintiff file a signed declaration no later than **January 30, 2015** stating the amount Plaintiff has received in income over the last twelve months as a result of providing taxi service using his own car.  Failure to do so will result in denial of Plaintiff's motion

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge