UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMRAJ SINGH,

    Plaintiff,

  v.

DISCOVER BANK, et al.,

    Defendants.

Case No. 14-cv-05496-JCS

**ORDER DISMISSING CLAIMS WITH PREJUDICE AND REQUIRING SERVICE BY U.S. MARSHAL**

Plaintiff Somraj Singh asserts claims against Discover Bank and credit reporting agencies Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLC. The Court previously granted Plaintiff's application to proceed in forma pauperis and reviewed the sufficiency of his Complaint pursuant to 28 U.S.C. § 1915(e). The Court determined that Mr. Singh had sufficiently pled only his claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681-1681x, and dismissed his remaining claims, many with leave to amend. See Docket No. 9. The Court set a deadline of thirty days from the date of that Order for Plaintiff to file an amended complaint and then granted Plaintiff's request for a sixty-day extension, setting a deadline of June 5, 2015 for Plaintiff to file his amended complaint. That deadline has passed without Plaintiff filing any amendment. All claims that were dismissed with leave to amend are therefore now DISMISSED WITH PREJUDICE. Plaintiff may proceed, however, on his FCRA claim.

Pursuant to 28 U.S.C. § 1915(d), the Clerk is therefore ORDERED to issue summons as to all defendants and the U.S. Marshal for the Northern District of California is ORDERED to serve a copy of each of the following documents on Defendants: (1) summons; (2) the Complaint; (3) 1915 Review (Docket No. 9); (4) the Initial Case Management Scheduling Order (Docket No. 3);

1  and (5) a copy of this Order. A case management conference is scheduled for **Friday, October 9,**
2  **2015 at 2:00 p.m**. in Courtroom G, on the 15th floor of the San Francisco Courthouse located at
3  450 Golden Gate Avenue.   All parties, or their attorneys, must appear unless a continuance is
4  granted.  If Plaintiff is unable to obtain representation, he may consult with the Federal Pro Bono
5  Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for
6  assistance as he continues to prosecute this action.[1]
7  **IT IS SO ORDERED.**

9  Dated:  July 7, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

*United States District Court*
*Northern District of California*