UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMRAJ SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISCOVER BANK, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05496-JCS<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

A notice has been filed in this action stating that Plaintiff Somraj Singh died on June 18, 2015 and that Supreet Kaur was appointed personal representative and administrator of Mr. Singh's estate (the "Estate") on August 31, 2015.  Ms. Kaur asks the Court to continue for 60 days the scheduled October 9, 2015 Case Management Conference in order to allow her to file a motion for substitution of the party plaintiff pursuant to Rule 25 of the Federal Rules of Civil Procedure and to determine whether the Estate will continue to pursue this action, as well as to effectuate service and prepare a Case Management Statement.   The request for a continuance is GRANTED.  The Case Management Conference set for October 9, 2015 is vacated.  A Case Management Conference shall be held on December 11, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge